```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
JESUS TRINIDAD MARTINEZ and MARIO :
PEREZ, :
:
                               Plaintiff, :
:
            -v - :
:
A SPICE ROUTE INC., *dba* TANDOOR :
PALACE, INDERJIT SINGH, and MANVEEN :
SINGH, :
:
                             Defendant. :
:
------------------------------------------------------------- X

1:20-cv-09571-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Defendants' request for leave to file a motion to dismiss and motion for summary judgment, Dkt. No. 14, is granted. The deadline for Defendants to file and serve their motion is February 5, 2021. Defendants' opposition is due within twenty-one days after service of Defendant's motion. If Plaintiffs' oppose the motion for summary judgment pursuant to Fed. R. Civ. P. 56(d), the Court will not require a substantive opposition to the motion for summary judgment until after the Court rules on the Rule 56(d) opposition. If Plaintiffs file a Rule 56(d) opposition, Defendants' reply is due within seven days after service of the opposition. If Plaintiffs file a substantive opposition, Defendants' reply is due within fourteen days after service of the opposition.

      Plaintiffs are directed to file by January 22, 2021 a letter stating whether they are alleging individual coverage under the FLSA, in addition to enterprise coverage.

      SO ORDERED.

Dated: January 19, 2021

                                                                                    GREGORY H. WOODS
                                                                             United States District Judge