UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JESUS TRINIDAD MARTINEZ and MARIO PERES,

                           Plaintiffs,

      -against-

A SPICE ROUTE INC., dba TANDOOR PALACE, INDERJIT SINGH, and MANVEEN SINGH,

                           Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

20-CV-9571 (GHW)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 50).  A telephone conference will be held on **Wednesday, August 25, 2021 at 12:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: August 16, 2021
       New York, New York

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2021