USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JESUS TRINIDAD MARTINEZ and MARIO
PERES,

                      Plaintiffs,

        -against-

A SPICE ROUTE INC., dba TANDOOR
PALACE, INDERJIT SINGH, and MANVEEN
SINGH,

                      Defendants.

-------------------------------------------------------------------X

**ORDER RESCHEDULING PRE-
SETTLEMENT TELEPHONE
CONFERENCE**

**20-CV-9571 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Pre-Settlement telephone conference previously scheduled for Wednesday, August

25, 2021 at 12:00 p.m.  is hereby rescheduled to **Wednesday, August 25, 2021 at 3:00 p.m.**

Counsel for the parties are directed to call Judge Parker's Chambers court conference line at

the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267 and utilize the security**

**code that was emailed to counsel by Chambers.**

       SO ORDERED.

Dated: August 19, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge