```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 JESUS TRINIDAD MARTINEZ and MARIO
 PERES,
                                    Plaintiffs,

           -against-

 A SPICE ROUTE INC., dba TANDOOR
 PALACE, INDERJIT SINGH, and MANVEEN
 SINGH,
                                    Defendants.
-----------------------------------------------------------------X
```

**ORDER SCHEDULING SETTTLEMENT CONFERENCE**

20-CV-9571 (GHW)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Tuesday, September 28, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **September 21, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: August 25, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge