USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2021



Y I T Z H A K
L A W   G R O U P

# THE YITZHAK LAW GROUP

ERICA T. YITZHAK, MANAGING ATTORNEY                    ATTORNEYS AT LAW
_____

MICHELE M. BOWMAN*              ASHANA NANDRAM              WILLIAM HAWK TRIZANO

*ALSO ADMITTED IN TEXAS

## MEMO ENDORSED                              August 27, 2021

**VIA ECF**

Hon. Magistrate Judge Katharine H. Parker
United States District Judge
Southern District of New York
U.S. District Court 500 Pearl Street, Room 750 New York, NY 10007

**Re: Letter on consent requesting change of date for settlement conference |**
Martinez and Perez v. A Spice Route et al., Case #20-cv-09571-ghw

Dear Judge Parker:

Our firm represents the Defendants in the above-captioned matter before you. We write
to you with Plaintiffs' counsel's consent to request a change of the settlement conference
set in this matter for September 28, 2021 (**Dkt. #56**).

The parties jointly propose the dates of October 4, 5, and 6, 2021 for a settlement
conference before the Court. We respectfully request that the Court reschedule the
conference for one of those dates.

Thank you for your consideration.

Respectfully yours,

/s/ *Erica T. Yitzhak*

Erica T. Yitzhak, Esq.

**APPLICATION GRANTED:** **The Settlement Conference in this matter scheduled for Tuesday, September 28, 2021 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  is hereby rescheduled to** **Monday, October 25, 2021 at 2:00 p.m.**  **Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** **The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than** **October 18, 2021 by 5:00 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

08/30/2021